ERIC GRANT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California, 95814
Telephone: 916.554.2762

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHRYSTYNA IVANUSA,<br>Plaintiff,<br>v.<br>JOSEPH B. EDLOW, et al.,<br>Defendants. | Case No. 2:26-CV-01771-AC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint and Plaintiff jointly stipulates to the requested extension for a period of approximately forty-five days.

In the interest of advancing the adjudication of the subject Asylum Application, Defendant USCIS scheduled the interview of Plaintiff for July 22, 2026. Based on this status and in order to allow the adjudicative process to proceed, the parties jointly stipulate to extend the pending July 20, 2026 deadline for Defendants to file a responsive pleading for approximately 45-days to and including September 3, 2026. The parties further request the Court to similarly extend any other deadlines and proceedings.

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is September 3, 2026. All other pending deadlines and proceedings are similarly extended.

///

///

DATED: July 16, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Regina Jacobson (as authorized on July 16, 2026)*
REGINA JACOBSON
Counsel for Plaintiff

ORDER

It is so ordered.

DATED: July 16, 2026

Troy L. Nunley
Chief United States District Judge