ERIC GRANT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California, 95814
Telephone: 916.554.2762

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHRYSTYNA IVANUSA,<br>Plaintiff,<br>v.<br>JOSEPH B. EDLOW, et al.,<br>Defendants. | Case No. 2:26-CV-01771-TLN AC<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint and Plaintiff jointly stipulates to the requested extension for a period of approximately sixty days.

In the interest of advancing the adjudication of the subject Asylum Application, Defendant USCIS scheduled and conducted the interview of Plaintiff in July. The parties jointly requested and obtained a first extension to allow this interview to take place and the process to proceed. ECF 11. Following this interview, the agency determined the need for a reinterview of Plaintiff; that interview has been scheduled for October 14, 2026. Based on this status and in order to allow the adjudicative process to proceed, the parties jointly stipulate to extend the deadline for Defendants to file a responsive pleading for approximately sixty days to and including November 14, 2026. The parties further request the Court to similarly extend any other deadlines and proceedings.

///

///

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is November 14, 2026. All other pending deadlines and proceedings are similarly extended.

DATED: September 14, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Regina Jacobson (as authorized on September 12, 2026)*
REGINA JACOBSON
Counsel for Plaintiff

**IT IS SO ORDERED.**

DATED: September 14, 2026

Troy L. Nunley
Chief United States District Judge