ERIC GRANT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California, 95814
Telephone: 916.554.2762

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHRYSTYNA IVANUSA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | Case No. 2:26-CV-01771-TLN AC<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint and Plaintiff jointly stipulates to the requested extension for a period of approximately sixty days.

Plaintiff alleges unlawful delay in the adjudication of her Asylum Application ("Application"). ECF 1. Following the filing of this case and in the interest of advancing the adjudication of the subject Application, defendant USCIS scheduled the interview of Plaintiff and the parties jointly requested and obtained a first extension to allow this interview to take place. ECF ## 11, 12. Following this interview, the agency determined the need for a reinterview with Plaintiff and the parties jointly requested a second extension to allow sufficient time for the reinterview to take place and for the processing of the matter to proceed. ECF 14. The second interview occurred on October 14, 2026.

Though defendant USCIS has been diligently advancing the subject Application, the decision for this case is still under review and the agency needs more time to continue the adjudicatory process. Based on this status and in order to allow the process to proceed, the parties jointly stipulate extending the deadline for Defendants to file a responsive pleading for approximately sixty days to and including

January 13, 2027. The parties further request the Court to similarly extend any other deadlines and proceedings.

Based on the foregoing, the new date for Defendants to file an answer or other dispositive pleading is January 13, 2027. All other pending deadlines and proceedings are similarly extended.

DATED: November 13, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Regina Jacobson (as authorized on November 13, 2026)*
REGINA JACOBSON
Counsel for Plaintiff

**IT IS SO ORDERED.**

DATED: November 13, 2026

Troy L. Nunley
Chief United States District Judge